**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAQUAN T. WHITFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-1195-AGF |
| | ) | |
| LISA M. YAMM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Plaintiff Jaquan T. Whitfield commenced this civil action on July 27, 2026. ECF No. 1. Plaintiff failed to pay the Court's filing fees or file an application to proceed in district court without prepaying fees or costs. Therefore, Plaintiff will be directed to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this order. If Plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall send Plaintiff a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of

the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 4th day of September, 2026.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE